# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 11, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151661(99)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BRIAN DAVID KANE,
      Defendant-Appellant.

_____/

SC: 151661
COA: 318237
Jackson CC: 11-004710-FH

On order of the Chief Justice, the motion of defendant-appellant to extend the time to file his reply in support of the application for leave to appeal is GRANTED. The reply submitted on July 22, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 11, 2015

